UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HEATHER REEVES,

        Plaintiff,                      Case No. 1:24-cv-12059

v.                                         Honorable Thomas L. Ludington
                                             United States District Judge

MCLAREN CENTRAL MICHIGAN and
MCLAREN HEALTH CARE CORPORATION,     Honorable Patricia T. Morris
                                             United States Magistrate Judge

        Defendants.
_____/

## ORDER GRANTING STIPULATED DISMISSAL

On April 25, 2025, the Parties in the above-captioned case filed a stipulation of dismissal with prejudice, ECF No. 40. Having reviewed the Parties' Stipulation, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Parties' Stipulation of Dismissal, ECF No. 40, is **GRANTED.**

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE.**

**This is a final order and closes the above-captioned case.**

Dated: May 15, 2025                                    s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge